UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LT. JOHN THOMAS BERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY COSTA, et al., )<br>)<br>Defendants. ) | Civil No. 08-157-B-W |

### ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 10, 2008 her Recommended Decision. The Defendants filed their objections to the Recommended Decision on July 28, 2008 and the Plaintiff filed his response to those objections on August 11, 2008. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Motion to Dismiss (Docket # 5) be and hereby is **DENIED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of August, 2008